FILED
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN MANIBUSAN,<br><br>　　　　Defendant. | Criminal Case No. 89-00104<br><br><br><br>**ORDER** |

The Court is in receipt of Defendant John Manibusan's ("Manibusan") Motion for Clarification of Judgment filed September 7, 2005. The Government shall have until October 26, 2005, to file a response to Manibusan's motion. If a response is received, Manibusan shall have until November 18, 2005 in which to file a reply. If the Court finds that a hearing is necessary on Manibusan's motion, then one shall be set at a later date.

**IT IS SO ORDERED** this 26 day of September, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lloyd D. George*
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**ORIGINAL**

---

* The Honorable Lloyd D. George, United States Senior District Judge for Nevada, by designation.