# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** Plaintiff, vs. **John G. Manibusan,** Defendant. | **Case No: 1:89-cr-00104** |

The following entities were served by first class mail on September 27, 2005:

*Order re Motion for Clarification of Judgment*

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*Order re Motion for Clarification of Judgment*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 27, 2005        /s/ Marilyn B. Alcon
                                                    Deputy Clerk