**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| John G. Manibusan,<br><br>        Defendant-Petitioner,<br><br>vs.<br><br>United States of America,<br><br>        Plaintiff-Respondent. | Case No. 1:89-cr-00104<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Motion to Amend, Motion to Appoint Counsel, Motion to Vacate Illegal Sentence and Remand for Resentencing and Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed March 13, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*March 15, 2006*

The following individual was served by first class mail on March 14, 2006:

    John G. Manibusan

I, Marilyn B Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Motion to Amend, Motion to Appoint Counsel, Motion to Vacate Illegal Sentence and Remand for Resentencing and Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed March 13, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 16, 2006                                /s/ Marilyn B Alcon
                                                                              Deputy Clerk