# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> John G. Manibusan, <br><br> Defendant. | Case No. 1:89-cr-00104 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Denying in Part and Granting in Part Motion for Clarification of Sentence and Amendment of Judgment and Notice of Entry of Order filed April 3, 2006*, on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office* | *U.S. Probation Office* |
| *April 3, 2006i* | *April 5, 2006* |

The following individual was served by first class mail on April 5, 2006:

   *John G. Manibusan*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Denying in Part and Granting in Part Motion for Clarification of Sentence and Amendment of Judgment and Notice of Entry of Order filed April 3, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 5, 2006                                    /s/ Marilyn B. Alcon
                                                              Deputy Clerk