AO 245 (Rev. 12/03) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of __GUAM__

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Offenses Committed Prior to November 1, 1987) |
| | Case Number: CR-89-00104 |
| | USM Number: 00488-093 |
| **JOHN G. MANIBUSAN** | **MICHAEL PHILLIPS, Court Appointed Counsel** |
| (Name of Defendant) | Defendant's Attorney |

**FILED**
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

**THE DEFENDANT:**

X  pleaded guilty to count(s) __I__

☐  was found guilty on count(s) _____
   after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 21:841(a)(1) and 18:2 | POSSESSION WITH INTENT TO DISTRIBUTE HEROIN (Occurring on or about early 1987, as charged in the sole count of the Information) | 1987 | I |

☐  The defendant has been found not guilty on count(s) _____
   and is discharged as to such count(s).

☐  Count(s) _____ ☐ (is) ☐ (are) dismissed on the motion of the United States.

**IT IS THE JUDGMENT OF THIS COURT THAT:**

**The defendant JOHN G. MANIBUSAN, is hereby committed to the custody of the Attorney General of the United States or his authorized representative for imprisonment for a term of twelve (12) years.**

## ORIGINAL

In addition to any conditions of probation imposed above. IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.

## CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this judgment, the defendant:

1) shall not commit another federal, state or local crime;
2) shall not leave the judicial district without the permission of the court or probation officer;
3) shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
15) shall pay any fine or obligation imposed by this judgment;
16) shall not possess a firearm or destructive device.

☐ IT IS FURTHER ORDERED that the defendant shall pay a special assessment of $ _____, for count(s) _____, which shall be due ☐ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

☐ The court orders commitment to the custody of the Attorney General and recommends:

Defendant's Soc. Sec. No.: **XXX-XX-7890**

Defendant's Date of Birth: **XX-XX-1959**

Defendant's Mailing Address:

**Talladega, AL**

Defendant's Residence Address:

**MARCH 16, 1990**
Date of Imposition of Sentence

*/s/ [signature]*
Signature of Judge

**ROGER T. BENITEZ, DESIGNATED DISTRICT JUDGE**
Name and Title of Judge

4/11/06.
Date

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal