# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>       vs.<br><br>John G. Manibusan,<br><br>            Defendant. | Case No. 1:89-cr-00104<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed on July 24, 2006, and the Notice of Entry of Order filed on July 25, 2006* on the dates indicated below:

*U.S. Attorney's Office*
*7/25/2006*

The following individual was served by first class mail on July 25, 2006:

*John G. Manibusan, Reg.No. 00488-09*
*FIC Talladega*
*565 E. Renfroe Rd.*
*Talladega, AL   35160-8799*

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed on July 24, 2006, and the Notice of Entry of Order filed on July 25, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 27, 2006                                          /s/ Melissa L. Trauner
                                                                          Deputy Clerk