ORIGINAL

Manibusan

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JOHN G. MANIBUSAN,<br><br>          Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | CRIMINAL CASE NO. 89-00104<br>CIVIL CASE NO. 06-00006<br><br>**MOTION FOR EXTENSION OF<br>TIME TO FILE ANSWER** |

COMES NOW the United States of America, by and through undersigned counsel, and respectfully moves this Honorable Court for an order extending the time in which the government may respond to defendant's § 2255 motion. The reasons for this motion are set forth in the declaration of counsel, attached hereto.

Respectfully submitted this __23rd__ day of August, 2006.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI


By: _/s/ Karon V. Johnson_____
     KARON V. JOHNSON
     Assistant U.S. Attorney

DECLARATION OF COUNSEL

I am the prosecuting attorney assigned to this case when defendant initially filed a motion for clarification of sentence October 3, 2005. I was on home leave from July 9 through August 18, 2006. On July 24, 2006, this Honorable Court ordered that the government respond to defendant's 2255 motion by August 22, 2006. The file and order were placed in my in-box, with no notation that it was time sensitive. I returned to work Monday, August 21, and have been dealing with the numerous files stacked in my in-box. Yesterday, August 22, I found the Manibusan file and saw that the order required me to file a response that day. This matter is very complicated, with a number of amendments to defendant's original motion, and I was not able to accomplish this so quickly.

I am asking for a extension of the time to file this response to Friday, August 25, 2006.

Respectfully submitted this __23rd__ day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney