April 3, 2007.

**District Court of Guam**
**Fourth Floor – U.S. Courthouse**
520 West Soledad Avenue
Hagatna, Guam 96910
Attn: Administrative Judge

# FILED
DISTRICT COURT OF GUAM

APR 23 2007

MARY L.M. MORAN
CLERK OF COURT

(45)

Re: Criminal Case Number 89-00104 (Re-Location Recommendation)

Your Honor,

As I'm not an attorney, let this letter be treated as a motion for amendment to Pre-Sentence Report.

I would like to re-locate from Guam to Hawaii, and ask that this court amend my Pre-Sentence Report to reflect a recommendation as such. As you will note upon viewing my extensive criminal record, I had lived an unlawful life prior to my imprisonment of (19)Years.

During my imprisonment, I vowed never to go back to my old ways and have sincerely attempted to change my life. Since being released, I've attained employment as a Janitor at Wailana Coffee House located at 1860 Ala Moana Boulevard, (808)955-1764, Kenton Tom – Owner. I also attend church services and volunteer to help the homeless and less fortunate. I'm currently working on obtaining a permanent residence, and building up a decent savings.

I have no desire at this time to return to Guam as I realize how easy it will be for me to return to my old criminal life, and therefore ask that this court upon viewing the aboveaformentioned move to make the appropriate recommendations necessary for me to continue my new life.

Should you have any further question please feel free to contact me @(808)721-3219 Ext#0.


Respectfully Submitted,



John G. Manibusan
Petitioner

Cc: Kenton Tom(Waialana Coffee House Owner)
Mary Cruz(Guam Federal Probation Officer)



RECEIVED

APR - 9 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM



# Wailana Coffee House
### 1860 Ala Moana Boulevard
### Honolulu, Hawaii 96815
### (808)955-1764

April 3, 2007.

**District Court of Guam**
**Fourth Floor – U.S. Courthouse**
520 West Soledad Avenue
Hagatna, Guam 96910
**Attn: Administrative Judge**

Re; Criminal Case Number 89-00104 (Re-Location Recommendation)

Your Honor,

I've been asked by John G. Manibusan to write a letter of recommendation so that he may change his residence from Guam to Hawaii.

I'm not sure exactly what Mr. Manibusan had done (19)years ago that led him to being imprisoned for such a long time.  But today Mr. Manibusan is one of my most trusted and devout workers, whom I believe is trying sincerely to change his life.

Often times, in the food service industry, we have a high turn over rate for entry level positions which require hard work and dedication.  As I'm known in the Criminal Judicial System for giving everyone a second chance, it's been through my experience that many recently released from prison don't appreciate the chances society tries to afford them and maintains a very non-caring attitude which is reflected on attendance, work performance, and longevity, etc.,

I believe that if Mr. Manibusan is willing to continue his work and personal ethics, he'll be successful.  We hope that Mr. Manibusan will continue to maintain a long term employment and relationship with Wailana Coffee House, and are currently looking at ways to assist him in doing so, possibly training as a Cook, etc.,

Should you have any questions, please feel free to contact my at the phone number listed above.

Yours Truly,

Kenton Tom
Vice President & General Manager