# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN G. MANIBUSAN,<br><br>    Defendant. | Criminal Case No. 89-00104<br><br><br><br>**ORDER** |

The Court is in receipt of a letter from the defendant John Manibusan, ("Manibusan") filed April 9, 2007. *See* Docket No. 45. In his letter Manibusan requests that he be allowed to transfer his federal supervision from Guam to Hawaii. The court notes that absent a transfer of jurisdiction of the entire case, these matters are typically handled internally by the United States Probation Office ("Probation"). Accordingly, the court hereby refers Manibusan's request to Probation for investigation to determine whether a transfer of supervision is possible and/or appropriate. Probation shall file a brief report to the court regarding the results of its investigation and the status of Manibusan's request by May 31, 2007.

**IT IS SO ORDERED**.



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Apr 23, 2007**